John Rhynders, Plaintiff-Appellee, v. John L. McCaw, Defendant-Appellant.

Gen. No. 9,843. 

C. A. Livingstone, for appellant; Edward J. Flynn, and Harry G. Story, for appellee. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed November 5, 1952; rehearing denied December 10, 1952; released for publication December 10, 1952.

Le Roy Broadbent, Appellee, v. Mary Bobak et al., Defendants. Tillie P. Camp and Edgar Camp, Appellants.

Gen. No. 45,614. 

Roman E. Posanski, for appellants; Charles D. Snewind, of counsel; O. I. Lewis, for defendants-appellees; Donald B. McFadyen, for plaintiff-appellee; Brendan Q. O'Brien, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed November 6, 1952; released for publication December 9, 1952.